IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **I N D I C T M E N T** |
| | ) |
| Plaintiff, | ) |
| | ) **1 : 19  CR  754** |
| v. | ) CASE NO. _____ |
| | ) Title 21, United States Code, |
| WAYNE WILLIAMS | ) Sections 841(a)(1) and (b)(1)(A) |
| | ) |
| Defendant. | ) **JUDGE BOYKO** |

## GENERAL ALLEGATIONS

1.      Before Defendant WAYNE WILLIAMS committed the offenses charged in this Indictment, WILLIAMS had a final conviction for the following serious drug felonies for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of each of the instant offenses charged in this Indictment:

a.      Illegal Manufacture of Drugs, Ohio Revised Code § 2925.04(A), Felony of the Second Degree, in the Summit County Court of Common Pleas, CR-2015-03-0891, on or about May 15, 2015;

b.      Illegal Manufacture of Drugs, Ohio Revised Code § 2925.04(A), Felony of the Second Degree, in the Summit County Court of Common Pleas, CR-2015-03-0891, on or about April 1, 2011;

c.      Illegal Assembly or Possession of Chemicals, Ohio Revised Code § 2925.041(A), Felony of the Second Degree, in the Summit County Court of Common Pleas, CR-2015-03-0891, on or about March 30, 2011.

COUNT 1
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1.     On or about November 17, 2019, in the Northern District of Ohio, Eastern Division, Defendant WAYNE WILLIAMS did knowingly and intentionally possess with the intent to distribute at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

FORFEITURE

The Grand Jury further charges:

2.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant WAYNE WILLIAMS shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2