UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 19CR754 |
| | ) | |
| Plaintiff, | ) | JUDGE BOYKO |
| | ) | |
| vs. | ) | MAGISTRATE RUIZ |
| | ) | |
| WAYNE A. WILLIAMS, | ) | <u>MOTION</u> |
| | ) | (BOND MODIFICATION) |
| | ) | |
| Defendant. | ) | |

Now comes Attorney Kerry M. O'Brien, counsel for the Defendant, WAYNE A. WILLIAMS, who moves this Court for a Hearing on the subject of bond modification.

Defense counsel makes this Motion based upon the fact that there has been a change in circumstances with respect to the Defendant's family.

Wherefore, the defense respectfully requests a Hearing as soon as practicable with respect to the aforementioned subject.

Respectfully submitted,

/s/ Kerry M. O'Brien
KERRY M. O'BRIEN - No. 0025304
Attorney for Defendant
159 South Main Street, Suite 423
Akron, Ohio 44308
(330) 762-5500
(330) 762-2011 Fax

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2020, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation for the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Kerry M. O'Brien
KERRY M. O'BRIEN - No. 0025304
Attorney for Defendant